*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
CRISFIELD, HOLIFIELD, and LAWRENCE
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Roberto E. GUZMANANAYA**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900340**

Decided: 2 December 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Wilbur Lee

Sentence adjudged 3 October 2019 by a general court-martial convened at Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 10 months,[1] forfeiture of $1,120 per month for 10 months, and a bad-conduct discharge.

For Appellant:
*Major Thomas R. Fricton, USMC[2]*
*Major Mary Claire Finnen, USMC*

---

[1] The military judge sentenced Appellant to between 6 and 10 months for each of the six offenses to which he pleaded guilty. Pursuant to a plea agreement, the military judge ordered that the six periods of confinement be served concurrently, for a total of 10 months.

[2] The Court granted Major Fricton leave to withdraw as appellate defense counsel on 25 June 2020.

For Appellee:
*Lieutenant Commander Jeffrey S. Marden, JAGC, USN*
*Major Clayton L. Wiggins, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[3]

However, we agree with Appellant's sole assignment of error that the Entry of Judgment is inaccurate, as Block 33 (pleas and findings) fails to note the words excepted in the pleas and findings related to Specification 2 of Charge III.[4] Although we find no prejudice from this error, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[5] In accordance with this Court's authority under Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.[6]

The findings and sentence are **AFFIRMED**.

_____

[3] Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

[4] The Entry of Judgment also contains two scrivener's errors, referring to Charge III in both Block 33 and Block 34 as "Charge IIII." We will correct this, too, as we modify the Entry of Judgment.

[5] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

[6] We also note with concern the cursory nature of the military judge's inquiry into the pretrial agreement's terms. The Court of Appeals for the Armed Forces "ha[s] long emphasized the critical role that a military judge and counsel must play to ensure that the record reflects a clear, shared understanding of the terms of any pretrial agreement between an accused and the convening authority." *United States v. Williams*, 60 M.J. 360, 362 (C.A.A.F. 2004)(citations omitted). While there is nothing in the present case indicating a lack of mutual understanding as to the agreement's meaning, brief, non-specific inquiries such as conducted below invite confusion and error.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 201900340** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Roberto E. GUZMANANAYA**<br>**Lance Corporal (E-3)**<br>**U.S. Marine Corps**<br>**Accused** | ***As Modified on Appeal***<br><br>**2 December 2020** |

On 4 September and 2-3 October 2019, the Accused was tried at Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, by a general court-martial, consisting of a military judge sitting alone. Military Judge Wilbur Lee, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Failure to obey other lawful written order between on or about 31 July 2018 and on or about 29 August 2018.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge II:**  **Violation of Article 120a, Uniform Code of Military Justice, 10 U.S.C. § 920a.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Specification:**  **Stalking on divers occasions between on or about 29 July 2018 and on or about 15 November 2018.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Charge III:**  **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Specification 1:**  **Assault consummated by battery on or about 28 July 2017.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Specification 2:**  **Assault consummated by battery on or about 29 July 2018.**

> *Plea:* Guilty, except for certain words. Of the excepted words, Not Guilty.
>
> *Finding:* Guilty of the specification as excepted; the excepted words are Dismissed.

**Specification 3:**  **Aggravated assault on or about 29 July 2018.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Additional Charge I:**  **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Specification:**  **Wrongful use of a controlled substance between on or about 9 May 2019 and on or about 14 May 2019.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Additional Charge II:**   **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.

> **Specification:**   **Making a false official statement on or about 28 July 2017.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.

**Additional Charge III:**   **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

>> *Plea:* Not Guilty.
>> *Finding:* Dismissed.

> **Specification:**   **Making a false official statement on or about 8 July 2019.**

>> *Plea:* Not Guilty.
>> *Finding:* Dismissed.

**Additional Charge IV:**   **Violation of Article 112a, Uniform Code of Military Justice, 10 U.S.C. § 912a.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.

> **Specification:**   **Wrongful use of a controlled substance between on or about 27 June 2019 and on or about 2 July 2019.**

>> *Plea:* Guilty.
>> *Finding:* Guilty.

## SENTENCE

On 3 October 2019, a military judge sentenced the Accused to the following:

**A bad-conduct discharge.**

**Forfeiture of $1,120 pay per month for 10 months.**

**Reduction to pay grade E-1.**

**Confinement as follows:**

> **The Specification of Charge I: 10 months.**
>
> **Specification 1 of Charge III: 6 months.**
>
> **Specification 2 of Charge III: 6 months.**
>
> **Specification 3 of Charge III: 10 months.**
>
> **The Specification of Additional Charge II: 10 months.**
>
> **The Specification of Additional Charge IV: 10 months.**

Confinement will run concurrently, **for a total of 10 months.**

The convening authority took no action in this case.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court